# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| STEPHEN GEORGE STERNER, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:13-cv-00229-MR-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| WOODFOREST NATIONAL BANK, | ) | |
| BRYAN ABRAHAM, and LISA, | ) | |
| COTTON, | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 22, 2013 Order.

October 22, 2013

Frank G. Johns, Clerk
United States District Court