# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NOS. 1:13-cv-00229-MR-DLH and 1:14-cv-00092-MR-DLH

| | | |
|---|---|---|
| **STEPHEN GEORGE STERNER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| **WOODFOREST NATIONAL BANK** | ) | |
| **and WOODFOREST BANK,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**THIS MATTER** is before the Court on the Plaintiff's motion for reconsideration [Civil Case No. 1:13-cv-00229-MR-DLH, Doc. 10; Civil Case No. 1:14-cv-00092-MR-DLH, Doc. 7].

The Plaintiff seeks reconsideration of the Orders dismissing these civil actions, as well as the Order denying his Motion to Amend in Civil Case No. 1:14-cv-00092-MR-DLH [Doc. 6]. Specifically, the Plaintiff requests that these two civil actions should be reconsidered together and by a different judge, as the Plaintiff believes that "Judge Dennis Howell has shown bais [sic] to me and my case…." [Doc. 7 at 1].

The Plaintiff's request for reconsideration is without merit. The Fourth Circuit Court of Appeals recently affirmed the dismissal of Civil Case No. 1:13-cv-00029-MR-DLH. Sterner v. Woodforest National Bank, 556 F. App'x 273 (4th Cir. 2014). Moreover, while the Plaintiff complains of judicial bias on the part of Magistrate Judge Howell, it was the undersigned, and not Magistrate Judge Howell, who ordered the dismissal of the Plaintiff's actions. Accordingly, for the reasons previously stated in the Court's Orders dismissing the Plaintiff's actions and denying his motion to amend, the Plaintiff's request for reconsideration is denied.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Plaintiff's motion for reconsideration [Civil Case No. 1:13-cv-00229-MR-DLH, Doc. 10; Civil Case No. 1:14-cv-00092-MR-DLH, Doc. 7] is **DENIED**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge